# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA**

                v.                          5:16-CR-143 (FJS)

**DANIEL CARROLL,**

                **Defendant.**

_____

| APPEARANCES | OF COUNSEL |
|---|---|
| **OFFICE OF THE UNITED STATES ATTORNEY**<br>James Hanley U.S. Courthouse<br>& Federal Building<br>100 South Clinton Street<br>P.O. Box 7198<br>Syracuse, New York 13261-7198<br>Attorneys for the United States | **TAMARA THOMSON, AUSA** |
| **OFFICE OF THE FEDERAL PUBLIC DEFENDER**<br>The Clinton Exchange, 3rd Floor<br>4 Clinton Square<br>Syracuse, New York 13202<br>Attorneys for Defendant | **RANDI JUDA BIANCO, AFPD** |

**SCULLIN, Senior Judge**

## ORDER

On December 15, 2016, Magistrate Judge Baxter conducted a follow-up competency hearing, at which Defendant appeared in person. After that hearing, Magistrate Judge Baxter issued a Report-Recommendation and Order in which he recommended that this Court find Defendant competent to stand trial and that pretrial proceedings resume in an expedited manner to the extent possible. *See* Dkt. No. 27 at 6. Having reviewed Magistrate Judge Baxter's Report-

Recommendation and Order, and in light of the parties' consensus that Defendant is now competent and that the parties have no objection to Magistrate Judge Baxter's recommendation, the Court hereby

**ORDERS** that Magistrate Judge Baxter's December 15, 2016 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein.

**IT IS SO ORDERED.**

Dated: December 15, 2016
Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Judge